DOA
9-14-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Diego Avila-Sanchez,<br>a.k.a.: Diego Avila Sanchez,<br>a.k.a.: Diego Sanchez-Avila,<br>(A 088 028 578)<br>*Defendant* | Case No. 16-8349MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 9, 2016 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Diego Avila-Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about December 23, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA David Whipple

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 16, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 9, 2016, Diego Avila-Sanchez was arrested by the Arizona Department of Public Safety and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Avila-Sanchez was examined by ICE Officer C. Fernandez who determined Avila-Sanchez to be a citizen of Mexico, illegally present in the United States. On the same date, a detainer was lodged with the county jail. On September 14, 2016, Avila-Sanchez was released from MCJ and transported to the Phoenix ICE office for further investigation and processing. Avila-Sanchez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Diego Avila-Sanchez to be a citizen of Mexico and a previously deported criminal alien. Avila-Sanchez was removed from the United States to Mexico through El Paso, Texas, on or about December 23, 2014,

pursuant to the reinstatement of a previous order of removal issued by an immigration official. There is no record of Avila-Sanchez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Avila-Sanchez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Diego Avila-Sanchez was convicted of Re-Entry of Removed Alien, a felony offense, on June 3, 2013, in United States District Court, District of Arizona. Avila-Sanchez was sentenced to twenty-one (21) months' imprisonment and three (3) years' supervised release. Avila-Sanchez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 14, 2016, Diego Avila-Sanchez was advised of his constitutional rights. Avila-Sanchez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 9, 2016, Diego Avila-Sanchez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about December 23, 2014, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 16th day of September, 2016.

_____
John Z. Boyle,
United States Magistrate Judge